**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Flair Airlines Ltd
                          Plaintiff,

v.                                                    Case No.: 1:18−cv−02023
                                                        Honorable Mary M. Rowland

Gregor LLC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 5, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. For the reasons stated on the record, the court finds, having expended substantial judicial resources on this matter, that it is appropriate to exercise supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367(a). The Court grants Flair's Motion to dismiss Counts 4 and 5 of the First Amended Complaint [269]. Counts 4 and 5 are dismissed without prejudice. This dismissal will convert to a dismissal with prejudice on 3/20/20. Counts 1, 2 and 3 of Flair's First Amended Complaint have been resolved pursuant to a Stipulation between the parties. [268] Those Counts are therefore dismissed without prejudice. That dismissal will automatically convert to a dismissal with prejudice on 3/20/20. Furthermore, pursuant to the Stipulation [268], Count 8 of Gregor's LLC and Vacaboo's Counterclaim is dismissed without prejudice. That dismissal will automatically convert to a dismissal with prejudice on 3/20/20. Parties to bear their own costs and fees as to all counts dismissed. Froska Miteva, the sole member of Gregor LLC and majority owner of Vacabo LLC, is to submit a sworn statement indicating her understanding that regardless of the outcome of the jury trial, both entities are bound by the terms of the Stipulation signed on 2/19/20 and appearing at Docket entry 268. On 3/19/20, Gregor, LLC and Vacabo, LLC is to transfer ownership and/or take any and all measures necessary to effectuate a transfer of the ownership of the following domain names to Flair Airlines, Ltd.: Flairairlines.com, Flairairlines.ca, Flairairline.com, Flairairlines.org, Flairairlines.biz, Flairairlines.info, Flairairlines.co, Flairairlines.net, Flairairlines.mobi, Flairairlines.us, Flairairline.co, Flairairline.net, Flairairlines.com, Flairairlines.me, Flairairlines.online, Flairair.ca, Flairair.com, Flairairways.com, Fly−flair.com, Flairairlines.solutions, and Flairairlinestest.com. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.